# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD MARSHALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-540** |
| **BOBBY JINDAL, ET AL.** | **SECTION "E"(5)** |

## ORDER

The Court, having considered the complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation,[3] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's "Motion for Certification of the Class" is **DENIED,** and his complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 14th day of November, 2014.

_____
**UNITED STATES DISTRICT JUDGE
SUSIE MORGAN**

---

[1] R. Doc. 3.

[2] R. Doc. 6.

[3] R. Doc. 8.